**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 10-cr-00197-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DARRELL STOFFELS,

    Defendant.

---

**ORDER FOR NEUROPSYCHOLOGICAL EVALUATION AND REPORT PURSUANT
TO 18 U.S.C. §§ 4244(b), AND 4247(b) AND (c)**

---

    This matter comes to the attention of the Court upon the report of the probation officer of this Court. The Court hereby

    ORDERS that the Defendant work with the Probation Department to select either Colorado Assessment and Treatment Center, 4155 E. Jewell Ave., Denver, Colorado 80222; or Aurora Mental Health, 11059 E. Bethany Drive, Aurora, Colorado 80014, to perform a neuropsychological evaluation of Defendant. The Court further

    ORDERS that the selected evaluator, in accordance with 18 U.S.C. § 4247(b) and (c), shall conduct a neuropsychological evaluation of the Defendant and, within 45 days of the date of this order, shall prepare and submit a report of its findings to the Probation Department, with copies being provided to the Court, the Defendant and the government. The Court further

ORDERS that the Probation Department may disclose to the evaluator all appropriate documents and information that it believes may be relevant to the evaluation. The Court further

ORDERS that the Department of Justice shall be responsible for payment of the evaluation and report.

DATED at Denver, Colorado, this   8th   day of July, 2010.

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge