**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 10-cr-00197-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DARRELL STOFFELS,

    Defendant.

---

## ORDER TO CONTINUE SENTENCING

---

    This matter comes before the Court *sua sponte*. On July 28, 2010, this Court received a Memorandum from U.S. Probation Officer Caryl Ricca, indicating the need for more time for a mental evaluation report to be prepared regarding Defendant Darrell Stoffels, as well as additional time needed for the Probation Office to prepare a complete and accurate presentence investigation report on behalf of Defendant Stoffels. The Court FINDS there is good cause to reset the sentencing in this matter and, therefore,

    ORDERS that the sentencing of Defendant Darrell Stoffels set for September 29, 2010, is CONTINUED to **Friday, November 12, 2010, at 9:00 a.m.,** in Courtroom A602 of the Arraj Courthouse. It is

FURTHER ORDERED that the parties shall have <u>ten days</u> from the date of this Order to seek reconsideration.

DATED: August <u> 3 </u>, 2010

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge